IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINUS L. BAKER**, *et al.*,
Appellants,

v.

**SOUTHERN ILLINOIS RAILCAR COMPANY**, et al.,
Appellees.                                                     No. 05-25-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is the parties' Motion for Entry of an Order Referring Matter to Bankruptcy Court for a Limited Purpose ("Motion"). (Doc. 9.) The Court has been advised that on or about June 12, 2006 the parties entered into a Stipulation and Settlement Agreement. Pursuant to that agreement, the Court **GRANTS** the parties' Motion (Doc. 9) and orders that this matter is hereby **REFERRED** to the United States Bankruptcy Court for the Southern District of Illinois ("Bankruptcy Court") for the **sole and limited purpose** of considering:

1. Motions for entry of the Claim Order and Vacation Order as defined in the parties' Motion; and

2. Entry of the Claim Order and Vacation Order.

Parties shall report to this Court regarding the status of proceedings in the

Bankruptcy Court **on or before October 30, 2006**.

**IT IS SO ORDERED.**

Signed this 18th day of September, 2006.

/s/        David   RHerndon
**United States District Judge**