## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LINUS L. BAKER, et al.,

        Appellants,

      vs.                             **Cause No.  05-CV-00025 DRH**

SOUTHERN ILLINOIS RAILCAR
COMPANY, et al.,

        Appellees.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by  counsel of record advising

this Court that the above action has been settled; and/or having been advised by counsel for the

parties that the above action has been settled;

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED  with prejudice**.-------

                                  **NORBERT G. JAWORSKI, CLERK**

January 8, 2007                     By:   s/Patricia Brown
                                     Deputy Clerk

APPROVED:/s/     David   RHerndon
           **U.S. DISTRICT JUDGE**